CENTER SHOPS OF EAST GRANBY, INC., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST GRANBY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 52 Conn. App. 763 (AC 17875), is granted, limited to the following issue:

"Whether the Appellate Court properly affirmed the decision of the trial court that applications for special permits are deemed automatically approved upon the failure of a planning and zoning commission effectively to act thereon within the time periods specified by law?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16110.

*Donald R. Holtman*, in support of the petition.

*John W. Bradley, Jr.*, in opposition.

Decided May 19, 1999